TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00410-CV

L.S. Mitchell & Sons, Inc.; Baytown Ship Repair, Inc.; 

and Highlands Manufacturing, Inc., Appellants

v.

Texas Workers' Compensation Insurance Fund, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 96-02437, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. We grant the motion
and dismiss the appeal.

Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed on Joint Motion

Filed: December 3, 1998

Do Not Publish